AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Kevin Thompson

V.

Treadstone 77 Inc., Craig Lowell and Jerry Hauser

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 0318**

**JUDGE DANIELS**

TO: (Name and address of Defendant)

Craig Lowell
428 E. 85th Street
New York, New York 10028

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brent E. Pelton, Esq.
Pelton Serpe LLP
111 Broadway, 9th Floor
New York, New York 10006
(212) 725-3600
pelton@peltonserpe.com

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JAN 1 4 2008

CLERK  *Marcos Quintero*                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 6, 2008 at 11:00 AM |
| NAME OF SERVER (PRINT) DAWN NIOLA | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o Noel Hauser & Assoc. Esqs. 270 Madison Ave 13th Flr. New York, NY 10016

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon "Jane Smith", being Authorized to Accept legal papers. F, W, Red, 45, 5'8, 160

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 7, 2008
Date

Signature of Server DAWN NIOLA - 1259082

952 44th Street Brooklyn NY 11219
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.