UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KEVIN THOMPSON,

                Plaintiff,    08 CIV 0318 (GBD)

    -against-           **STIPULATION**

TREADSTONE 77, INC., CRAIG LOWELL
and JERRY HAUSER,

                Defendants.
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 29 2008

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties herein that the time of the defendants within which to answer or move with respect to the Complaint is extended up to and including March 17, 2008, subject to the approval of the Court.

DATED:    New York, New York
           February 22, 2008

PELTON SERPE LLP

By: _____
BRENT E. PELTON
Attorneys for Plaintiff

SO-ORDERED   FEB 29 2008
_____
HON. GEORGE B. DANIELS
U.S.D.J.

NOEL W. HAUSER AND ASSOCIATES

By: _____
NOEL W. HAUSER
Attorneys for Defendants