```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X
KEVIN THOMPSON,

                    Plaintiff,        08 CIV 0318 (GBD)


         -against-                     ANSWER


TREADSTONE 77, INC., CRAIG LOWELL
and JERRY HAUSER,

                    Defendants.
-----------------------------------------X
```

    Defendants, answering the Complaint of the plaintiff herein, by their attorneys, **NOEL W. HAUSER AND ASSOCIATES**, alleges as and for their Answer to the Complaint herein the following:

    1.   The defendants deny any knowledge or information sufficient to form a belief as to the allegations contained in paragraphs numbered 1, 2, 3, 9, 10, 11, 12, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29 and 30 of the Complaint.

    2.   The defendants deny the allegations contained in paragraph number 6 of the Complaint.

    3.   As to the allegations contained in Complaint paragraph 13, defendants deny having violated the cited legislation.

    4.   As to Complaint paragraph 14, defendants admit having attempted to communicate with plaintiff as therein set forth, but deny any knowledge or information concerning whether same was

with or without any consent of plaintiff's legal counsel.

  5. As to Complaint paragraphs 31 through 76, defendants deny the allegations contained therein.

### AS AND FOR A FIRST SEPARATE AND AFFIRMATIVE DEFENSE

  6. The Court lacks jurisdiction over the subject matter of the action.

### AS AND FOR A SECOND SEPARATE AND AFFIRMATIVE DEFENSE

  7. The Complaint fails to state a cause of action as to any of the defendants.

  **WHEREFORE,** defendants demand judgment dismissing the Complaint with costs.

**DATED:** **New York, New York**
    **March 12, 2008**

            **Yours, etc.,**

            **/s/**_____
            **NOEL W. HAUSER AND ASSOCIATES**
            **Attorneys for Defendants**
            **270 Madison Avenue**
            **New York, New York 10016**
            **212   688-6400**

**TO:**
  **BRENT E. PELTON, ESQ.**
  **PELTON SERPE LLP**
  **Attorneys for Plaintiff**
  **111 BROADWAY, 9th FL.**
  **New York, New York 10006**

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    ESTELLE GINSBERG, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age, and reside at New York City, New York.

    On March 12, 2008, I served a true copy of the annexed ANSWER in the following manner: by mailing the same in properly addressed sealed envelopes with postage prepaid thereon in an official depository of the United States Post Office within the State of New York, addressed to the last known addresses of the addressees as indicated below:

        **BRENT E. PELTON, ESQ.**
        **PELTON SERPE LLP**
        **111 BROADWAY, 9th FL.**
        **New York, New York 10006**

                                                        /s/_____
                                                            Estelle Ginsberg

Sworn to before me this
12th day of March, 2008

/S/_____
    Notary Public