*Noel W. Hauser and Associates*
*Attorneys at Law*
*270 Madison Avenue, 13th Floor*
*New York, New York 10016*
*Telephone 212-688-6400*
*Facsimile 212-688-6457*

**SO ORDERED**

*George B. Daniels* (signature)

**HON. GEORGE B. DANIELS**

JUL 1 8 2008

July 15, 2008

Honorable George B. Daniels,
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street - Room 650
New York, New York 10007

    Re:  Thompson vs. Treadstone 77 Inc., et al.
          <u>Case No. 08 CV 0318 (GBD)</u>

Honorable Sir:

    Our office represents the defendants in the above entitled action.

    I am secretary to Noel W. Hauser, the attorney in charge of this matter, who has not been well and has just undergone surgery for which he is currently hospitalized at Mt. Sinai Hospital in New York City. As a result thereof, he is and has been unable to complete discovery in the above matter in accordance with the Court's Scheduling Order.

    We hereby request an extension of time to complete discovery. I have spoken with our adversary and he consents to the requested extension.

                              Respectfully yours,

                              Esther Ginsberg, Secretary to
                              Noel W. Hauser

/eg
Via FAX (212 805-6737)
and First Class Mail
cc:  Pelton Serpe LLP
     Via FAX (212 385-4600)